[No. 70201-7-I. Division One. July 7, 2014.]

MIRTHA ANGARITA, *Respondent*, v. ALLSTATE INDEMNITY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-31670-0, Barbara Linde, J., entered March 1, March 11, April 4, and April 23, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 70223-8-I. Division One. July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EURAL DEWAYNE DEBBS, SR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00979-8, Laura Gene Middaugh, J., entered March 29, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70424-9-I. Division One. July 7, 2014.]

DIANE ARMESTO, *Respondent*, v. PARRIS ANDREA ROSOLINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-23405-3, Monica J. Benton, J., entered April 30, 2013. *Reversed* and *remanded* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey.

[No. 70458-3-I. Division One. July 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIAM TRAINER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02111-9, Patrick H. Oishi, J., entered May 9, 2013. *Affirmed* by unpublished per curiam opinion.